IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> **Plaintiff,** <br><br> v. <br><br> **JAVIER MUÑIZ ALVAREZ [5],** <br><br> **Defendant**. | **CRIMINAL NO. 15-739 (PAD)** |

**ORDER**

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Camille L. Vélez-Rivé regarding the Rule 11 proceeding of defendant, Javier Muñiz Alvarez (Docket No. 337), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to Count One of the Indictment.

The court notes that a Presentence Investigation Report was ordered (Docket No. 336). It shall be filed not later than September 29, 2016. The court will set the Sentencing Hearing in due course.

**SO ORDERED.**

In San Juan, Puerto Rico, this 21st day of July, 2016.

        S/Pedro A. Delgado-Hernández
        PEDRO A. DELGADO HERNANDEZ
        United States District Judge